In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-254 CV


____________________




DIANE KRUEGER, Appellant



V.



SHOUKATALI DHANANI, GULSHAN ENTERPRISES, INC., 


CHEVRON USA, INC., AND CHEVRON STATIONS, INC., Appellees






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 06-01-00048-CV






 MEMORANDUM OPINION


 On January 23, 2008, the appellees filed a motion to dismiss the appeal for want of
prosecution. The appellant did not respond to the motion. The brief of the appellant was due
on November 30, 2007. The appellant failed to file a brief or a motion for extension of time.
There being no satisfactory explanation for the appellant's failure to timely file the brief, the
appellees' motion is granted and the appeal is dismissed for want of prosecution. See Tex.
R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.



 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered February 7, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.